IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                        5:96-CV-002-SPM/AK

**EDWARD FLOYD,**

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 187) dated May 4, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendant filed an objection (doc. 188) on May 16, 2005.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Defendant states in his objection that he is contesting only the enhancements applied to his sentence, not the conviction itself. Nevertheless, Defendant is not entitled to relief under United States v. Booker, 125 S.Ct. 738 (2005) because the Eleventh Circuit has specifically held Booker to be inapplicable to cases on collateral review. Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005).

As Defendant was sentenced on August 10, 1999, and the record reflects that he took no appeal, the judgment and sentence are now final, and Defendant is not entitled to relief under <u>Booker</u>.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 187) is adopted and incorporated by reference in this order.

2. Defendant's §2255 post-conviction motion (doc. 186) is hereby *denied*.

**DONE AND ORDERED** this <u>twenty-third</u> day of May, 2005.