IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                       **5:96-CR-002-SPM/AK**

**EDWARD FLOYD,**

    **Defendant.**

_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    Pending before the Court is Plaintiff's motion for a certificate of appealability (doc. 199). Plaintiff is attempting to appeal this Court's order adopting the magistrate's report and recommendation (doc. 189) filed May 23, 2005. The Court will not issue a certificate of appealability to Petitioner because has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). As explained in the report and recommendation (doc. 187), Defendant's Blakely-Booker[1] issues are not cognizable on collateral review. Varela v. United States, 400 F.3d 864 (11th Cir. 2005). Furthermore, the fact that Defendant's lawyer failed to predict Blakely or Booker does not constitute deficient performance. United States v. Ardley, 273 F.3d 991, 993 (11th Cir. 2001).

---

[1] Blakely v. Washington, ___ U.S. ___, 124 S.Ct. 2531 (2004); United States v. Booker, ___ U.S. ___, 125 S.Ct. 738 (2005).

Accordingly, it is

**ORDERED AND ADJUDGED** that the motion for a certificate of appealability (doc. 199) is hereby *denied*.

**DONE AND ORDERED** this twenty-sixth day of July, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao