IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                          5:96-CV-002-SPM/AK

EDWARD EARL FLOYD,

    Defendant.

_____/

## ORDER DENYING MOTION TO MODIFY

**THIS CAUSE** comes before the Court upon the Defendant's "Motion to Modify Term of Imprisonment" (doc. 266).  The Defendant requests a reduction in his sentence because of the amendment to the Sentencing Guidelines that decreases the sentence for convictions for crack cocaine and because of the advisory nature of the Sentencing Guidelines.

Rule 35 of the Federal Rules of Criminal Procedure prescribes two circumstances under which a court may correct or reduce a sentence.  Under subsection a, the court may correct a sentence for clear error within seven days of imposition.  Notwithstanding the fact that Defendant's motion is untimely under subsection a, the provision "is not intended . . . for the court to simply change its mind about the appropriateness of the sentence."  Fed. R. Crim. P. 35 advisory

committee's notes (1991).

Under subsection b, the court may reduce a sentence upon the government's filing of a substantial assistance motion. No substantial assistance motion has been filed in this case. Therefore, this Court does not have jurisdiction to reduce Defendant's sentence. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion to Reduce Sentence (doc. 69) is hereby *denied*.

DONE AND ORDERED this tenth day of December, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge