IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          5:96-CR-002-SPM/AK

EDWARD EARL FLOYD,

    Defendant.

_____/

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

    This cause comes before the Court for consideration upon Defendant's Motion to Proceed on Appeal in Forma Pauperis (doc. 280) pursuant to Title 28, United States Code, Section 1915, and Federal Rule of Appellate Procedure 24(a) and the accompanying request for the appointment of counsel.

    A review of Defendant's accompanying financial affidavit shows that he has $2,000.00 in savings, $1,000 in mutual fund accounts, and $1,040 in his inmate account. This financial portfolio provides Defendant with sufficient funds to pay any appellate filing fees. Additionally, as there is no right to appointed counsel at this juncture in the process, and the Court in its discretion finds the assistance of counsel unnecessary for the proper resolution of the matters raised by Defendant, the request for counsel will also be denied.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Defendant Motion to Proceed on Appeal in Forma Pauperis (doc. 280) is ***denied***.

2. Defendant shall pay to the clerk of this court, in accordance with Federal Rule of Appellate Procedure 3(e), the sum of $455.00, which consists of the $450 fee for docketing the case on appeal (see Note following 28 U.S.C. § 1913, Judicial Conference Schedule of Fees, ¶ (1)) and an additional $5 fee under 28 U.S.C. § 1917.

DONE AND ORDERED this <u>fifth</u> day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge