IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 5:96-CR-002-SPM/AK

EDWARD EARL FLOYD,

    Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

    This cause comes before the Court on Defendant's second motion to proceed in forma pauperis on appeal (doc. 289), which has been treated as a motion for reconsideration of the first order denying permission to proceed in forma pauperis on appeal (doc. 284).

    Requests to proceed in forma pauperis are governed by 28 U.S.C. 1915. The statute states that movant must submit an affidavit stating that "the person is unable to pay" the fees associated with his action. 28 U.S.C. 1915(a). The affidavit "need not show that the litigant is 'absolutely destitute' to qualify for indigent status under § 1915." Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 (11th Cir. 2004) (citing Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 338-40 (1948)). Defendant's "affidavit will be held sufficient if it represents

that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." Id. (citing Adkins, 335 U.S. at 339).

Initially, this Court denied Defendant's motion to proceed in forma pauperis because Defendant has more than $4,000 in his financial portfolio. Though the Court recognizes that Defendant will use this money to re-establish himself upon his release from imprisonment, proceeding in forma pauperis is not reserved only for those for whom payment of filing fees is merely inconvenient.  It is for those who are financially destitute and unable to pay for their use of judicial resources.  Therefore, this Court finds that Defendant has not demonstrated economic eligibility to proceed in forma pauperis.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's motion for reconsideration (doc. 289) is ***denied***.

DONE AND ORDERED this ninth day of April, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

3